# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | |
|---|---|
| ROBERTO GARZA § | |
|     Plaintiff § | |
| § | |
| VS. § | CAUSE NO.: 7:21-CV-0311 |
| § | |
| WAL-MART STORES TEXAS LLC § | |
|     Defendant § | DEMAND TRIAL BY JURY |

## DEFENDANT WAL-MART STORES TEXAS LLC'S NOTICE OF REMOVAL UNDER 28 U.S.C. § 1441 (DIVERSITY)

**TO THE HONORABLE JUDGE OF THIS COURT:**

**NOW COMES WAL-MART STORES TEXAS LLC.,** Defendant in the above styled and numbered cause and removes the above action from the 206th Judicial District Court of Hidalgo County, Texas to the United States District Court for the Southern District of Texas, McAllen Division and files this its Notice of Removal pursuant to 28 U.S.C. § 1441 and 1446 and pursuant to the requirements of 28 U.S.C. § 1332.

1. On July 8, 2021, an action was commenced against Defendant **WAL-MART STORES TEXAS LLC** in the 206th Judicial District Court of Hidalgo County, styled *Roberto Garza vs. Wal-Mart Stores Texas LLC;* Cause No. C-2682-21-D. *A copy of that suit is attached hereto as Exhibit 1*.

2. **WAL-MART STORES TEXAS LLC** was served on July 19, 2021, and timely filed an Answer with the State Court. *A copy of the citation is attached hereto as Exhibit 2*. In accordance with Local Rule 81, the following constitutes all of the executed process, pleadings, and orders served upon Plaintiff and Defendant in this action:

1. Plaintiff's Original Petition;

2. Copy of Citation of Defendant Wal-Mart Inc.;

3. Docket Sheet;

4. Defendant's Original Answer;

5. Defendant's Jury Demand.

6. Defendant's Notice of Removal (State Court)

In addition, Defendant includes a copy of the docket sheet of the state court matter, a *copy of which is attached hereto as Exhibit 3.*

3. Plaintiff has brought negligence and premises liability causes of action against Defendant as result of an incident that occurred on December 14, 2020, at the Wal-Mart store located in Edinburg, Hidalgo County, Texas. Specifically, Plaintiff alleges that while at Defendant's premises, he suffered injuries as a result of a slip and fall due to a dangerous condition created by a pothole outside the premises. Plaintiff alleges that Defendant failed to inspect the dangerous condition; failed to properly and adequately discover the dangerous condition; failed to keep the area in a reasonably safe condition; failed to warn Plaintiff of the dangerous condition; failed to place warning signs or barricades on the premises and around the pothole; and failed to correct the dangerous condition. Plaintiff further alleges that Defendant, its agents, servants and employees, knew of, or in the exercise of ordinary care, should have known existed.

4. Plaintiff seeks to recover monetary relief from Defendant in n amount over $250,000.00, but not more than $1,000,000.00. As such, **WAL-MART STORES TEXAS LLC**, submits that the amount in controversy is in excess of $75,000.00 and removal is appropriate pursuant to 28 U.S. § 1441.

5. In his Original Petition, Plaintiff pleads that he is a resident of Hidalgo County, Texas, as such, a citizen of the State of Texas.

6. Defendant **WAL-MART STORES TEXAS LLC**, was, at the time this suit was filed, and still is a Delaware limited liability company organized and existing under the laws of the State of Delaware. Its principal place of business is 702 SW 8th Street, Bentonville, Arkansas, 72716. The sole member of Defendant **WAL-MART STORES TEXAS LLC**, is Wal-Mart Real Estate Business Trust. The sole member's principal office address is 702 SW 8th Street, Bentonville, Arkansas, 72716. Eric Zorn is the Trustee of Wal-Mart Real Estate Business Trust, and has residences in Bentonville, Arkansas, and San Diego, California, and thus, is not a citizen of the state of Texas.

7. This case is a civil action of which this court has diversity jurisdiction under 28 U.S.C. § 1332, and is one which may be removed to this Court pursuant to 28 U.S.C. § 1441 and 1446. This is a civil action in which Plaintiff's state citizenship, in his pleadings, is different from that of the Defendant **WAL-MART STORES TEXAS LLC** Thus, there is complete diversity between the true parties in interest. The amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

8. Copy of the Notice of Removal filed in the state court is *attached hereto as Exhibit 6.*

9. Copies of all pleadings, process, orders and other filings in the state court are attached to this notice as required by 28 U.S.C. § 1446.

10. Venue is proper in this district under 28 U.S.C. § 1441 because the state court where the suit has been pending is located in this district.

11. Defendant will promptly file a copy of this notice of removal with the clerk of the state court where the suit has been pending.

12. Defendant demanded a jury in the state court suit.

13. For the foregoing reasons, Defendant **WAL-MART STORES TEXAS LLC**. asks the Court to remove the suit to The United States District Court, Southern District of Texas, McAllen Division.

        Respectfully Submitted,

**THORNTON, BIECHLIN,
REYNOLDS & GUERRA, L.C.**
418 E. Dove Ave.
McAllen, Texas 78504
Tel.: (956) 630-3080
Fax: (956) 630-0189


**BY:** __/s/ Rafael Garcia, Jr._____
**RAFAEL GARCIA, JR.**
State Bar No.07641300
ragarcia@thorntonfirm.com
**ATTORNEY FOR DEFENDANT
WAL-MART STORES TEXAS LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on all parties, via e-mail. pursuant to Texas Rules of Civil Procedure, on this the 18th day of August 2021.

*Via Email: litigation@bobbygarcia.com*
Mr. Bobby Garcia
**LAW OFFICE OF BOBBY GARCIA, P.C.**
P.O. Box 5729
McAllen, Texas 78502
 (956) 668-7400
*Attorneys for Plaintiff*


       ___/s/ Rafael Garcia, Jr._____
       **RAFAEL GARCIA, JR.**