UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **ROBERTO GARZA** | § | |
|     **Plaintiff** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 7:21-CV-0311** |
| | § | |
| | § | |
| **WAL-MART STORES TEXAS, LLC** | § | |
|     **Defendant** | § | |

## NOTICE OF SETTLEMENT

Plaintiff and Defendant file this Notice of Settlement pursuant to Local Rule 16.3 and advise the Court, without any parties admitting liability in this cause, that the parties announce that they have reached a settlement and complete accord and satisfaction in this matter. This settlement resolves all claims and causes of action which were raised or could have been raised in the above-referenced lawsuit. Documents to finalize this matter have not been fully executed. Plaintiff and Defendant are requesting 30 days to finalize the requisite documents.

Date:  August __8th__, 2022

                                                                                      Respectfully submitted,

                                                                                     **LAW OFFICE OF BOBBY GARCIA, P.C.**



                                                                                      **BOBBY GARCIA**
                                                                                      Federal Bar No.: _____
                                                                                      State Bar No.: 07645210
                                                                                      P.O. Box 5729
                                                                                      McAllen, Texas 78502
                                                                                      Tel.: (956) 668-7400
                                                                                      Fax: (956) 668-7500
                                                                                      E-mail: litigation@bobbygarcia.com
                                                                                      **ATTORNEY FOR PLAINTIFF**

**THORNTON, BIECHLIN,
 REYNOLDS, & GUERRA, L.C.**

/s/ Rafael Garcia, Jr.

**RAFAEL GARCIA JR.**
Federal Id No. 19601
State Bar No. 07641300
418 E. Dove Ave.
McAllen, Texas 78504
Tel.: (956) 630-3080
Fax: (956) 630-0189
Email: ragarcia@thorntonfirm.com
**ATTORNEY FOR DEFENDANT
WAL-MART STORES TEXAS, LLC**