IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| ROBERTO GARZA § | |
|     Plaintiff § | |
| § | |
| VS. § | Civil Action No: 7:21-CV-0311 |
| § | |
| WAL-MART STORES TEXAS LLC § | |
|     Defendant § | |

## STIPULATION OF DISMISSAL

Plaintiff and Defendant file this Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiff is Roberto Garza; Defendant is Wal-Mart Stores Texas, LLC.

2. On July 8, 2021, Plaintiff sued Defendant.

3. On August 18, 2021, Defendant removed this matter to federal court under 28 U.S.C. §1441(B), diversity.

4. Defendant, who has served an Answer, agrees to the dismissal.

5. The parties have reached and entered into a settlement agreement disposing of all claims asserted by Plaintiff against Defendant.

6. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

7. A receiver has not been appointed in this case.

8. This case is not governed by any federal statute that requires a court order for dismissal of the case.

9.    Plaintiff has not previously dismissed any federal or state-court suit based on or including the same claims as those presented in this case.

10.    This dismissal is with prejudice.


Date:   August __, 2022.

                                      Respectfully submitted,

                                      **THORNTON, BIECHLIN,**
                                       **REYNOLDS, & GUERRA, L.C.**
                                      418 E. Dove Ave.
                                      McAllen, Texas 78504
                                      Tel.: (956) 630-3080
                                      Fax: (956) 630-0189


                        By:   /s/ Rafael Garcia, Jr.
                                      **RAFAEL GARCIA, JR.**
                                      State Bar No.07641300
                                      E-mail: ragarcia@thorntonfirm.com
                                      **ATTORNEY FOR  DEFENDANT**



                              **THE LAW OFFICE OF BOBBY GARCIA, P.C.**



                                      **BOBBY GARCIA**
                                      State Bar No. 07645210
                                      P.O. Box 5729
                                      McAllen, Texas 78502
                                      (956) 668-7400
                                      litigation@bobbygarcia.com
                                      **ATTORNEY FOR PLAINTIFF**